**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

ART AKIANE LLC,                                    :
                                                   :
     Plaintiff,                                    :
                                                   :
          v.                            :          CIVIL ACTION
                                                   :
ST. JUDE SHOP, INC.,                               :          NO. 21-3523
                                                   :
     Defendant.                                    :
                                                   :
                                                   :

## ORDER

    AND NOW, this 10th day of April, 2024, it is hereby **ORDERED** that the Parties shall

submit a Joint Status Report within ten (10) days of entry of this Order.

    **IT IS SO ORDERED**.


                                        BY THE COURT:

                                        /s/ John Milton Younge
                                        **Judge John Milton Younge**